| | |
|---|---|
| 1 | STEVEN L. DERBY, ESQ. (SBN 148372) |
| 2 | CELIA McGUINNESS, ESQ. (SBN 159420) |
|   | DERBY, McGUINNESS, & GOLDSMITH, L.P. |
| 3 | 300 Lakeside Drive, Suite 1000 |
|   | Oakland, CA 94612 |
| 4 | Telephone: (510) 987-8778 |
|   | Facsimile: (510) 359-4419 |
| 5 | cmcguinness@dmglawfirm.com |
| 6 | PAUL L. REIN, Esq. (SBN 43053) |
|   | LAW OFFICES OF PAUL L. REIN |
| 7 | 200 Lakeside Drive, Suite A |
|   | Oakland, CA 94612 |
| 8 | Telephone: 510/832-5001 |
|   | Facsimile: 510/832-4787 |
| 9 | reinlawoffice@aol.com |
| 10 | MICHAEL E. GATTO, Esq. (SBN 196474) |
|    | VAN BLOIS & ASSOCIATES |
| 11 | 7677 Oakport Street, Suite 565 |
|    | Oakland, CA 94621 |
| 12 | Phone: 510.635.1284 |
|    | Fax: 510.635.1516 |
| 13 | mgatto@vanbloislaw.com |
| 14 | Attorneys for Plaintiff |
|    | NICOLE MOSS |

*Defendants and their counsel listed on next page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| NICOLE MOSS, | Case No. 4:16-cv-00657-YGR |
| Plaintiff, | Civil Rights |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS; ORDER VACATING COMPLIANCE HEARING** |
| KINDRED HEALTHCARE OPERATING, INC.; THC-ORANGE, COUNTY, INC., dba KINDRED HOSPITAL-SAN FRANCISCO BAY AREA; VENTAS REALTY, L.P.; SAN FRANCISCO GENERAL HOSPITAL AND TRAUMA CENTER; CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-20, INCLUSIVE | *as modified by the Court* <br><br> **FRCP 41(a)(1)(A)(ii)** |
| Defendants. | |

1

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS;
ORDER VACATING COMPLIANCE HEARING**

GREGORY ISKANDER, ESQ. (SBN 200215)
LITTLER MENDELSON, P.C.
1255 Treat Blvd., Suite 600
Walnut Creek, California 94597
Telephone:     (925) 932-2468
Facsimile:     (925) 946-9809

Attorneys for Defendants
KINDRED HEALTHCARE OPERATING, INC.;
THC-ORANGE, COUNTY, INC., dba KINDRED
HOSPITAL-SAN FRANCISCO BAY AREA and
VENTAS REALTY, L.P

DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
THOMAS S. LAKRITZ, State Bar #161234
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4218
Facsimile: (415) 554-3837
E-Mail: tom.lakritz@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Pursuant to the Court's Order Continuing the Compliance Hearing (Dkt. 76) and the Settlement Agreement between the parties, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, that all claims brought by Plaintiff Nicole Moss in this action shall be dismissed with prejudice as to all Defendants, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs and litigation expenses.

**IT IS SO STIPULATED.**

Dated: November 8, 2018                    DERBY, McGUINNESS, & GOLDSMITH, L.P.


                                           By:   */s/ Celia McGuinness*
                                                 CELIA MCGUINNESS, ESQ.
                                                 Attorneys for Plaintiff

| | | |
|---|---|---|
| Dated: November 8, 2018 | | DENNIS J. HERRERA<br>City Attorney<br>CHERYL ADAMS<br>Chief Trial Deputy<br>THOMAS S. LAKRITZ<br>Deputy City Attorney |
| | By: | */s/ Thomas S. Lakritz*<br>THOMAS S. LAKRITZ, ESQ.<br>Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |
| Dated: November 14, 2018 | | LITTLER MENDELSON, P.C. |
| | By: | */s/ Gregory Iskander*<br>GREGORY ISKANDER, ESQ.<br>Attorneys for Defendant<br>KINDRED HEALTHCARE OPERATING INC., et al. |

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on November 14, 2018, I, Celia McGuinness attorney with Derby McGuinness Goldsmith, LLP received the concurrence of all counsel in the filing of this document.

                                         */s/ Celia McGuinness*

                                         Celia McGuinness
                                         DERBY MCGUINNESS GOLDSMITH, LLP

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED that all claims brought by Plaintiff Nicole Moss in this action shall be dismissed with prejudice as to all Defendants, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs and litigation expenses. Accordingly, the compliance hearing set for November 23, 2018 is VACATED.

Dated: November 15, 2018

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

5

**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS; ORDER VACATING COMPLIANCE HEARING**